UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    16-cr-00070-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVA RAMIREZ,

    Defendant.

---

## ORDER OF RECUSAL

---

    This matter is before me on a review of the file.   AUSA Jason St. Julien is representing the government in this case.   From August 2012 until August 2014, Mr. St. Julien served as a law clerk in my chambers.   Because of this relationship, I believe it would be inappropriate for me to preside over this case.   Accordingly, I find that I should recuse myself from the case.   It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:   February 12, 2016

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge